1 | BENJAMIN B. WAGNER
United States Attorney
2 | ALYSON BERG
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4018
Facsimile: (559) 497-4099

**FILED**

OCT 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6 | Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJ's EXPRESS MART, INC., | 1:11-CV-00754 MJS  AWI |
| Plaintiff, | **STIPULATION FOR DISMISSAL;** |
| v. | [~~PROPOSED~~] **ORDER** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES OF AMERICA | |
| Defendants. | |

Pursuant to the terms of a written Stipulation for Compromise as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

SHAHBAZ LAW GROUP, APC

(As authorized 10/12, 2011.)
By:  /s/ Jacob A. Shahbaz
Jacob A. Shahbaz
Attorney for Plaintiff
BJ's Express Mart, Inc.

Dated: October 12, 2011

///

BENJAMIN B. WAGNER
United States Attorney

By: /s/Alyson A. Berg
Alyson A. Berg
Attorney for Defendant
United States of America

Dated: October 12, 2011

STIPULATION FOR DISMISSAL;
[PROPOSED] ORDER                    1

**It is so Ordered.** Dated: 10-19-11

_____
United States District Judge