1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON BERG
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4018
   Facsimile: (559) 497-4099
5

FILED
OCT 19 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6  Attorneys for Defendant United States of America

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 BJ's EXPRESS MART, INC.,           1:11-CV-00754 MJS AWI

12          Plaintiff,                STIPULATION FOR DISMISSAL;
                                      [PROPOSED] ORDER
13    v.

14 UNITED STATES DEPARTMENT
   OF AGRICULTURE, UNITED STATES
15 OF AMERICA

16          Defendants.

17

18     Pursuant to the terms of a written Stipulation for Compromise as well as the provisions of

19 Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with

20 prejudice.

21     IT IS SO STIPULATED.

22                     Respectfully submitted,

23 SHAHBAZ LAW GROUP, APC           BENJAMIN B. WAGNER
                                    United States Attorney
24
   (As authorized 10/12, 2011.)
25 By:  /s/ Jacob A. Shahbaz        By:  /s/Alyson A. Berg
   Jacob A. Shahbaz                 Alyson A. Berg
26 Attorney for Plaintiff           Attorney for Defendant
   BJ's Express Mart, Inc.          United States of America
27
   Dated: October 12, 2011          Dated: October 12, 2011
28
   ///

STIPULATION FOR DISMISSAL;
[PROPOSED] ORDER                    1

It is so Ordered. Dated: 10-15-11

_____
United States District Judge